**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RICHARD F. VITALE, JR.
    ERIN B. VITALE

        Debtor(s)

    Ronda J. Winnecour

        Movant
    vs.

    PNC BANK NA
        Respondent(s)

Case No. 16-24802GLT

Chapter 13

Document No.___

### INTERIM NOTICE OF CURE OF ARREARS

Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 20
Court Claim Number - 12

6/15/2018

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RICHARD F. VITALE, JR.

    ERIN B. VITALE

            Debtor(s)                 Case No.:16-24802GLT

    Ronda J. Winnecour             Chapter 13

            Movant                 Document No.___

      vs.

    PNC BANK NA

           Respondent(s)

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

RICHARD F. VITALE, JR., ERIN B. VITALE, 54 GREEN CRESCENT DRIVE, WASHINGTON, PA  15301

CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG, GULF TOWER STE 2830, 707 GRANT ST, PITTSBURGH, PA  15219

PNC BANK NA, 3232 NEWMARK DR, MIAMISBURG, OH  45342

JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

06/15/2018                 /s/ Renee Ward
                              Administrative Assistant
                              Office of the Chapter 13 Trustee
                              CHAPTER 13 TRUSTEE WD PA
                              600 GRANT STREET
                              SUITE 3250 US STEEL TWR
                              PITTSBURGH, PA  15219
                              (412) 471-5566
                              cmecf@chapter13trusteewdpa.com