IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard F. Vitale, Jr. | ) | Case No.  16-24802 GLT |
| Erin B. Vitale, | ) | Chapter 13 |
| | ) | Related Docket No.35 |
| Debtor(s) | ) | |
| | ) | |
| Richard F. Vitale, Jr. | ) | |
| Erin B. Vitale, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| American InfoSource LP as agent for | ) | |
| Verizon, Capital One Bank (USA), N.A., | ) | |
| Discover Bank, AES, Bank of America, | ) | |
| PNC Bank NA, Card Services, PHEAA, | ) | |
| Viewtech Financial Services, Inc., | ) | |
| Home Depot Credit Services, | ) | |
| Portfolio Recovery Services LLC, | ) | |
| Wells Fargo Bank, N.A., | ) | |
| American Honda Finance, | ) | |
| Department of Education, | ) | |
| ECMC, Lowes/Synchrony Bank, | ) | |
| Office of the United States Trustee, | ) | |
| and Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | |
| Respondent(s) | ) | |

**CERTIFICATE OF SERVICE OF MODIFIED ORDER APPROVING THE DEBTORS TO OBTAIN FINANCING TO PURCHASE A MOTOR VEHICLE**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) June 29, 2018

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Respectfully submitted,

June 29, 2018     /s/ Christopher M. Frye
DATE     Christopher M. Frye, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402

```
Label Matrix for local noticing        AES                                    (p)AMERICAN HONDA FINANCE
0315-2                                  P.O. Box 2461                         P O BOX 168088
Case 16-24802-GLT                       Harrisburg, PA 17105-2461             IRVING TX 75016-8088
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue May  1 16:26:02 EDT 2018

American InfoSource LP as agent for     (p)BANK OF AMERICA                    Capital One Bank
Verizon                                 PO BOX 982238                         PO Box 71083
PO Box 248838                           EL PASO TX 79998-2238                 Charlotte, NC 28272-1083
Oklahoma City, OK  73124-8838


Capital One Bank (USA), N.A.            Card Services                         Department of Education
PO Box 71083                            P.O. Box 13337                        Fed Loan Servicing
Charlotte, NC  28272-1083               Philadelphia, PA 19101-3337           530210
                                                                              Atlanta, GA 30353-0210


Discover Bank                           Discover Bank                         Educational Credit Management Corporation
Discover Products Inc                   PO Box 742655                         PO Box 16408
PO Box 3025                             Cincinnati, OH 45274-2655             St. Paul, MN 55116-0408
New Albany, OH  43054-3025


Christopher M. Frye                     Home Depot Credit Services            Lowes/Synchrony Bank
Steidl & Steinberg                      PO Box 9001010                        PO Box 530914
Suite 2830 Gulf Tower                   Louisville, KY 40290-1010             Atlanta, GA 30353-0914
707 Grant Street
Pittsburgh, PA 15219-1908


Office of the United States Trustee     PHEAA                                 PNC Bank
Liberty Center.                         PO BOX 8147                           PO Box 856177
1001 Liberty Avenue, Suite 970          HARRISBURG,PA 17105-8147              Louisville, KY 40285-6177
Pittsburgh, PA 15222-3721


PNC Bank NA                             PNC Bank, N.A.                        PNC Bank, NA
PO Box 6534                             PO BOX 94982                          3232 Newmark Drive
Carol Stream, IL 60197-6534             Cleveland, OH 44101-4982              Miamisburg, OH 45342-5421


Pennsylvania Dept. of Revenue           (p)PORTFOLIO RECOVERY ASSOCIATES LLC  U.S.Department of Education
Department 280946                       PO BOX 41067                          C/O FedLoan Servicing
P.O. Box 280946                         NORFOLK VA 23541-1067                 P.O.Box 69184
ATTN: BANKRUPTCY DIVISION                                                     Harrisburg PA 17106-9184
Harrisburg, PA 17128-0946


Viewtech Financial Services, Inc.       Erin B. Vitale                        Richard F. Vitale Jr.
1679 E. Orangethorpe Avenue             54 Green Crescent Drive               54 Green Crescent Drive
Atwood, CA 92811-1200                   Washington, PA 15301-3063             Washington, PA 15301-3063


James Warmbrodt                         Wells Fargo Bank, N.A.                Wells Fargo Financial Bank
KML Law Group, P.C.                     PO Box 10438                          PO Box 660553
701 Market Street                       Des Moines, IA 50306-0438             Dallas, TX 75266-0553
Suite 5000
Philadelphia, PA 19106-1541
```

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | (d)Honda Financial Services<br>1220 Old Alpharetta Road, Suite 350<br>Alpharetta, GA 30005 |

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Educational Credit Management Corporation<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | (u)PNC BANK NATIONAL ASSOCIATION | End of Label Matrix<br>Mailable recipients   30<br>Bypassed recipients    2<br>Total                 32 |