IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RICHARD F. VITALE, JR.<br>ERIN B. VITALE,<br>   **Debtors(s)** | |
| | Bankruptcy No. 16-24802-GLT |
| | Chapter 13 |
| AMERICAN HONDA FINANCE<br>CORPORATION d/b/a HONDA FINANCIAL<br>SERVICES, ADMINISTRATOR FOR<br>HONDA LEASE TRUST,<br>   **Movant** | Related To Document No. 39 and 40 |
| | **Response Deadline:  7/30/18** |
| v. | **Hearing Date:  8/15/18 at 10:00 AM** |
| RICHARD F. VITALE, JR.<br>ERIN B. VITALE,<br>   **Respondent(s)** | |
| RONDA J. WINNECOUR<br>   **Trustee** | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on July 12, 2018, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Richard and Erin Vitale<br>54 Green Crescent Drive<br>Washington, PA 15301<br>(Debtors) | Christopher M. Frye., Esq.<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>(Attorney For Debtors) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com