**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard F. Vitale Jr. | ) | Case No. 16-24802 GLT |
| Erin B. Vitale, | ) | |
|     Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Richard F. Vitale Jr. | ) | |
| Erin B. Vitale, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Wabellco Federal Credit Union, | ) | |
|     Respondent(s) | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case for notice purpose only.

Wabellco Federal Credit Union,
1277 Park Avenue
Washington, PA 15301

    By:

July 26, 2018                     /s/ Christopher M. Frye
DATE                            Christopher M. Frye, Esquire
                                  Attorney for the Debtor(s)

                                  STEIDL & STEINBERG
                                  Suite 2830 – Gulf Tower
                                  707 Grant Street
                                  Pittsburgh, PA  15219
                                  (412) 391-8000
                                  chris.frye@steidl-steinberg.com
                                  PA I.D. No. 208402