IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard F. Vitale, Jr. | ) | Case No. 16-24802 GLT |
| Erin B. Vitale, | ) | Chapter 13 |
|     Debtor(s) | ) | Related Docket No. 43 |
| | ) | |
| | ) | |
| Richard F. Vitale, Jr. | ) | |
| Erin B. Vitale, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| American InfoSource LP as agent for | ) | |
| Verizon, Capital One Bank (USA), N.A., | ) | |
| Discover Bank, AES, Bank of America, | ) | |
| PNC Bank NA, Card Services, PHEAA, | ) | |
| Viewtech Financial Services, Inc., | ) | |
| Home Depot Credit Services, | ) | |
| Portfolio Recovery Services LLC, | ) | |
| Wells Fargo Bank, N.A., | ) | |
| American Honda Finance, | ) | |
| Department of Education, | ) | |
| ECMC, Lowes/Synchrony Bank, | ) | |
| Office of the United States Trustee, | ) | |
| and Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | |
|     Respondent(s) | ) | |

## AMENDED REPORT OF FINANCING

AND NOW, come the Debtors, Richard F. Vitale, Jr. and Erin B. Vitale, by and through their attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On May 23, 2018, this Honorable Court entered an order at Docket No.35, approving the Debtors request to finance a new vehicle

2. The Order of Court dated May 23, 2018 requires that the Debtors file a Report of Financing within fourteen days of the purchase of vehicle.

3. On July 13, 2018, the Debtors purchased a 2015 Honda CRV, by way of financing through Wabellco Federal Credit Union 1277 Park Avenue, Washington, PA 15301.

4. The amount of the loan is $16,651.17 at an interest rate of 3.790%.

5. The monthly loan payment $346.91 for 48 months.

6. The monthly loan payments begin August 2018

7. The Debtors will immediately file an amended Chapter 13 plan to include the monthly vehicle loan payment.

WHEREFORE, the Debtors, Richard F. Vitale, Jr. and Erin B. Vitale, respectfully file this Report of Financing.

Respectfully submitted,

July 26, 2018                          /s/ Christopher M. Frye
DATE                                   Christopher M. Frye, Esquire
                                       Attorney for the Debtor(s)

                                       STEIDL & STEINBERG
                                       Suite 2830 – Gulf Tower
                                       707 Grant Street
                                       Pittsburgh, PA  15219
                                       (412) 391-8000
                                       chris.frye@steidl-steinberg.com
                                       PA I.D. No. 208402