**Form 151**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard F. Vitale Jr.**
**Erin B. Vitale**
   Debtor(s)

Bankruptcy Case No.: 16–24802–GLT
Related to Docket No. 46
Chapter: 13
Docket No.: 50 – 46
Concil. Conf.: September 13, 2018 at 01:30 PM

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ____31st____ day of ____July____, __2018__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   First Class Mail

on the respondent(s) at (list names and addresses here):

   See Attached Mailing Matrix

Executed on ____July 31, 2018____    /s/ Todd Thomas
             (Date)             (Signature)

Todd Thomas,   Steidl & Steinberg, PC 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15221
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-24802-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Jul 31 08:49:14 EDT 2018 | AES<br>P.O. Box 2461<br>Harrisburg, PA 17105-2461 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| American Honda Finance Corporation d/b/a Hon<br>3625 W. Royal Lane #200<br>Irving, TX 75063-2912 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 |
| William E. Craig<br>Morton and Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057-3125 | Department of Education<br>Fed Loan Servicing<br>530210<br>Atlanta, GA 30353-0210 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Bank<br>PO Box 742655<br>Cincinnati, OH 45274-2655 | Educational Credit Management Corporation<br>PO Box 16408<br>St. Paul, MN 55116-0408 | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Home Depot Credit Services<br>PO Box 9001010<br>Louisville, KY 40290-1010 | Lowes/Synchrony Bank<br>PO Box 530914<br>Atlanta, GA 30353-0914 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PHEAA<br>PO BOX 8147<br>HARRISBURG,PA 17105-8147 | PNC Bank<br>PO Box 856177<br>Louisville, KY 40285-6177 | PNC Bank NA<br>PO Box 6534<br>Carol Stream, IL 60197-6534 |
| PNC Bank, N.A.<br>PO BOX 94982<br>Cleveland, OH 44101-4982 | PNC Bank, NA<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | U.S.Department of Education<br>C/O FedLoan Servicing<br>P.O.Box 69184<br>Harrisburg PA 17106-9184 | Viewtech Financial Services, Inc.<br>1679 E. Orangethorpe Avenue<br>Atwood, CA 92811-1200 |
| Erin B. Vitale<br>54 Green Crescent Drive<br>Washington, PA 15301-3063 | Richard F. Vitale Jr.<br>54 Green Crescent Drive<br>Washington, PA 15301-3063 | Wabellco Federal Credit Union<br>1277 Park Avenue<br>Washington, PA 15301-5949 |

```
James Warmbrodt                     Wells Fargo Bank, N.A.              Wells Fargo Financial Bank
KML Law Group, P.C.                 PO Box 10438                        PO Box 660553
701 Market Street                   Des Moines, IA 50306-0438           Dallas, TX 75266-0553
Suite 5000
Philadelphia, PA 19106-1541


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance Corporation   Bank of America                    (d)Honda Financial Services
National Bankruptcy Center           PO Box 15019                       1220 Old Alpharetta Road, Suite 350
P.O. Box 168088                      Wilmington, DE 19886-5019          Alpharetta, GA 30005
Irving, TX 75016-8088


Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Educational Credit Management Corporation   (u)PNC BANK NATIONAL ASSOCIATION       End of Label Matrix
PO BOX 16408                                                                          Mailable recipients   33
ST. PAUL, MN 55116-0408                                                               Bypassed recipients    2
                                                                                      Total                 35
```