IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Richard F. Vitale, Jr. ) | |
| Erin B. Vitale, ) | Case No. 16-24802 |
| ) | Chapter 13 |
| *Debtor(s)* ) | Document No.    WO-1 |
| ) | |
| ) | |
| Richard F. Vitale, Jr., ) | |
| *Movant(s)* ) | Related to Document No. 48 |
| Social Security No. XXX-XX- 1812 ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Social Security Administration and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondent(s)* ) | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) August 2, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail                                                           .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

| | | |
|---|---|---|
| Ronda J. Winnecour, Trustee | Social Security Administration | |
| Suite 3250, USX Tower | Attn: Payroll Dept. | Richard F. Vitale, Jr. |
| 600 Grant Street | SZ00 Department of the Interior | 54 Green Crescent Drive |
| Pittsburgh, PA 15219 | PO 272030, Mail Stop D-2613 | Washington, PA 15301 |
| | Denver, CO 80227 | |

By:    /s/ Christopher M. Frye                             
        Christopher M. Frye, Esquire
        Attorney for the Debtor
        STEIDL & STEINBERG
        Suite 2830, Gulf Tower
        707 Grant Street
        Pittsburgh, PA 15219
        (412) 391-8000
        Chris.frye@steidl-steinberg.com
        PA I.D. No. 208402