**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/30/21 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  RICHARD F. VITALE, JR.
ERIN B. VITALE
        Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  RICHARD F. VITALE, JR.
ERIN B. VITALE

      Respondents

Case No.16-24802GLT

Chapter 13

Related to Dkt. No. 68

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 30th day of December 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Us Department Of The Interior*
Payroll Operations Division D-2640
Interior Business Center
Po Box 272030
Denver,CO 80227-

is hereby ordered to immediately terminate the attachment of the wages of RICHARD F. VITALE, JR., social security number XXX-XX-1812. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RICHARD F. VITALE, JR..

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                    Case No. 16-24802-GLT
Richard F. Vitale, Jr.                                                                                          Chapter 13
Erin B. Vitale
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut        Page 1 of 2
Date Rcvd: Dec 30, 2021        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard F. Vitale, Jr., 54 Green Crescent Drive, Washington, PA 15301-3063 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2022        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Christopher M. Frye
    on behalf of Joint Debtor Erin B. Vitale chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor Richard F. Vitale  Jr. chris.frye@steidl-steinberg.com,
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 2 of 2 |
| Date Rcvd: Dec 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services  Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7