IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard F. Vitale, Jr. | ) | Case No. 16-24802 GLT |
| Erin B. Vitale, | ) | Chapter 13 |
|     Debtor(s) | ) | Docket No. |
| | ) | |
| Richard F. Vitale, Jr. | ) | |
| Erin B. Vitale, | ) | |
|     Movant(s) | ) | |
| vs. | ) | |
| No Respondent(s) | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 3, 2017 at docket number 22 and 23, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

        Respectfully submitted,

March 4, 2022          /s/ Christopher M. Frye_____
DATE          Christopher M. Frye, Esquire
         Attorney for the Debtor(s)

         STEIDL & STEINBERG
         Suite 2830 – Gulf Tower
         707 Grant Street
         Pittsburgh, PA  15219
         (412) 391-8000
         chris.frye@steidl-steinberg.com
         PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**