Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Richard F. Vitale Jr.** | : | Case No. 16−24802−GLT |
| **Erin B. Vitale** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 79 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/27/22 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 25th of May, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 79 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before July 11, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 27, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-24802-GLT
Richard F. Vitale, Jr.     Chapter 13
Erin B. Vitale
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: May 25, 2022    Form ID: 604    Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard F. Vitale, Jr., Erin B. Vitale, 54 Green Crescent Drive, Washington, PA 15301-3063 |
| 14342619 | | Department of Education, Fed Loan Servicing, 530210, Atlanta, GA 30353-0210 |
| 14342620 | | Discover Bank, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14342627 | | PNC Bank NA, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14342628 | + | Viewtech Financial Services, Inc., 1679 E. Orangethorpe Avenue, Atwood, CA 92811-1200 |
| 14398126 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14342629 | | Wells Fargo Financial Bank, PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | May 25 2022 23:58:00 | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| 14342615 | + | Email/Text: bncnotifications@pheaa.org | May 25 2022 23:57:00 | AES, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14342623 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 25 2022 23:58:00 | Honda Financial Services, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 14345149 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 25 2022 23:58:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14401683 | | Email/PDF: ebn_ais@aisinfo.com | May 26 2022 00:01:45 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14342616 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 25 2022 23:57:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14342617 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:42 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14369534 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:42 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14342618 | | Email/Text: BarclaysBankDelaware@tsico.com | May 25 2022 23:57:00 | Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14347324 | | Email/Text: mrdiscen@discover.com | May 25 2022 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14740855 | | Email/Text: ECMCBKNotices@ecmc.org | May 25 2022 23:57:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14342622 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:37 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14342625 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 26 2022 00:01:21 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15161549 | | Email/Text: mtgbk@shellpointmtg.com | May 25 2022 23:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14349009 | + | Email/Text: bncnotifications@pheaa.org | May 25 2022 23:57:00 | PHEAA, PO BOX 8147, HARRISBURG,PA 17105-8147 |
| 14342626 | | Email/Text: Bankruptcy.Notices@pnc.com | May 25 2022 23:57:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14393424 | | Email/Text: Bankruptcy.Notices@pnc.com | May 25 2022 23:57:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14410398 | | Email/Text: Bankruptcy.Notices@pnc.com | May 25 2022 23:57:00 | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14419108 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14401516 | | Email/Text: bncnotifications@pheaa.org | May 25 2022 23:57:00 | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 14886678 | + | Email/Text: wabellco.fcu@verizon.net | May 25 2022 23:57:00 | Wabellco Federal Credit Union, 1277 Park Avenue, Washington, PA 15301-5949 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14342624 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 14350487 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14342621 | * | Discover Bank, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14342630 | * | Wells Fargo Financial Bank, PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2022              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 25, 2022 | Form ID: 604 | Total Noticed: 28 |

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Christopher M. Frye
    on behalf of Joint Debtor Erin B. Vitale chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor Richard F. Vitale  Jr. chris.frye@steidl-steinberg.com,
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services  Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7

Case 16-24802-GLT    Doc 81    Filed 05/27/22    Entered 05/28/22 00:28:44    Desc Imaged
Certificate of Notice    Page 4 of 4