IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/13/22 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RICHARD F. VITALE, JR.
ERIN B. VITALE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-24802

Chapter 13

Related to Dkt. No. 79

## ORDER OF COURT

AND NOW, this 13th day of July, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard F. Vitale, Jr.  
Erin B. Vitale  
    Debtors

Case No. 16-24802-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jul 13, 2022      Form ID: pdf900      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard F. Vitale, Jr., Erin B. Vitale, 54 Green Crescent Drive, Washington, PA 15301-3063 |
| 14342619 | | Department of Education, Fed Loan Servicing, 530210, Atlanta, GA 30353-0210 |
| 14342620 | | Discover Bank, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14342627 | | PNC Bank NA, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14342628 | + | Viewtech Financial Services, Inc., 1679 E. Orangethorpe Avenue, Atwood, CA 92811-1200 |
| 14398126 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14342629 | | Wells Fargo Financial Bank, PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 13 2022 23:42:00 | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| 14342615 | + | Email/Text: bncnotifications@pheaa.org | Jul 13 2022 23:41:00 | AES, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14342623 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 13 2022 23:42:00 | Honda Financial Services, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 14345149 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 13 2022 23:42:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14401683 | | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2022 23:47:04 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14342616 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2022 23:41:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14342617 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 23:47:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14369534 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 23:47:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14342618 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 13 2022 23:41:00 | Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14347324 | | Email/Text: mrdiscen@discover.com | Jul 13 2022 23:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14740855 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 13 2022 23:41:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14342622 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 23:57:34 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14342625 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 16-24802-GLT    Doc 86    Filed 07/15/22    Entered 07/16/22 00:28:11    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| | | | |
|---|---|---|---|
| | | Jul 13 2022 23:47:09 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15161549 | Email/Text: mtgbk@shellpointmtg.com | Jul 13 2022 23:41:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14349009 | + Email/Text: bncnotifications@pheaa.org | Jul 13 2022 23:41:00 | PHEAA, PO BOX 8147, HARRISBURG,PA 17105-8147 |
| 14342626 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2022 23:41:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14393424 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2022 23:41:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14410398 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2022 23:41:00 | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14419108 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2022 23:46:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14401516 | Email/Text: bncnotifications@pheaa.org | Jul 13 2022 23:41:00 | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 14886678 | + Email/Text: wabellco.fcu@verizon.net | Jul 13 2022 23:41:00 | Wabellco Federal Credit Union, 1277 Park Avenue, Washington, PA 15301-5949 |
| 14398126 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 13 2022 23:57:42 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14342624 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 14350487 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14342621 | * | Discover Bank, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14342630 | * | Wells Fargo Financial Bank, PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jul 15, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Christopher M. Frye | on behalf of Joint Debtor Erin B. Vitale chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Richard F. Vitale  Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services  Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 7